UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
JUAN ORTEGA, Individually, and On Behalf :
of All Others Similarly Situated,
:
                         Plaintiff,      :  Case No. 1:21-cv-10271-JPC

vs.                                       :  **STIPULATION OF DISMISSAL**

OMS INVESTMENTS, INC.,
:
                         Defendant.  :
:
───────────────────────────────── x

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: January 3, 2023               **MIZRAHI KROUB LLP**

                                                 EDWARD Y. KROUB
                                                 WILLIAM J. DOWNES
                                                 225 Broadway, 39th Floor
                                                 New York, NY 10007
                                                 Telephone: 212/595-6200
                                                 212/595-9700 (fax)
                                                 ekroub@mizrahikroub.com
                                                 wdownes@mizrahikroub.com

                                                 *Attorneys for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may file a stipulation of dismissal signed by all parties who have appeared to dismiss an action without a court order. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: January 4, 2023                         _____
New York, New York                           JOHN P. CRONAN
                                                 United States District Judge

DATED: January 3, 2023        **JACKSON LEWIS P.C.**

*[signature]*

Joseph James Lynett
666 Third Avenue
New York, NY 10017
212-545-4000
Email: joseph.lynett@jacksonlewis.com

*Attorney for Defendant*